FILED
2019 JUL 23 AM 11:59
CLERK
U.S. DISTRICT COURT

Frank H. Kerney, III (FBR: 88672 – *Admitted Pro Hac Vice*)
Morgan & Morgan, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
fkerney@forthepeople.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| LINDA ACHILLES, | **ORDER** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:19-cv-00099-BSJ |
| SYNCHRONY BANK, | Senior District Judge Bruce S. Jenkins |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation to Arbitrate Claims and Motion to Dismiss the Lawsuit without Prejudice. Having reviewed the Stipulation and the Court being otherwise sufficiently advised

IT IS HEREBY ORDERED as follows:

1. All of the claims in this lawsuit shall be submitted to binding arbitration pursuant to the parties' arbitration agreement. The arbitration shall be conducted through and in accordance with the rules of the arbitration.

2. The matter is hereby dismissed without prejudice.

3. The parties are to advise the Court once the matter has resolved.

SO ORDERED IN CHAMBERS this 23 day of July, 2019.

BRUCE S. JENKINS
DISTRICT JUDGE